**Attachment A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

__Brent Edward Clark__

_____

*Your full name*

**DEC 1 0 2020**

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## FEDERAL TORTS CLAIM ACT
## COMPLAINT

v.

Civil Action No.: 3'20CU223

*(To be assigned by the Clerk of Court)*

Groh
Trumble
Sims

UNITED STATES OF AMERICA

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.   PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.   Your full name: __Brent Edward Clark__   Inmate No.: __38405068__
Address: __946   William Penn Court__
~~Pittsburgh, PA. 15221~~

## III.  PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: __Home Confinement/ Renewal Center__

A.   Is this where the events concerning your complaint took place?
☐ Yes    ☒ No

**Attachment A**

If you answered "NO," where did the events occur?

~~FCI Morgantown~~ (SHU)
446 Green Bag Road
Morgantown, West Virginia 26501

## IV. PREVIOUS LAWSUITS

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☒ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1. Parties to this previous lawsuit:

   Plaintiff(s): N/A
   Defendant(s): N/A

2. Court: N/A
   *(If federal court, name the district; if state court, name the county)*

3. Case Number: N/A

4. Basic Claim Made/Issues Raised: N/A

5. Name of Judge(s) to whom case was assigned: N/A

6. Disposition: N/A
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit: N/A

Attachment A

8.     Approximate date of disposition. Attach copies:_____N/A_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes        ☐ No

  N/A

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.  __N/A_____

_____

_____

_____

E.    Did you exhaust **ALL** available administrative remedies?
☐ Yes        ☐ No   N/A

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted. _____

_____

_____N/A_____

_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.     Parties to previous lawsuit:

    Plaintiff(s): _____N/A_____

    Defendant(s): _____N/A_____

_____

**Attachment A**

2.  Name and location of court and case number: _____N/A_____

    _____

    _____

3.  Grounds for dismissal:  □ frivolous    □ malicious
    □ failure to state a claim upon which relief may be granted    **N/A**

4.  Approximate date of filing lawsuit: _____N/A_____

5.  Approximate date of disposition: _____N/A_____

## V.  ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.  Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
    ☒ Yes        □ No

B.  If your answer is "YES," answer the questions below:

    1.  Identify the type of written claim you filed: error ~~SF-95~~ SF-95

    2.  Date your claim was filed: __12/9/2019__

    3.  Amount of monetary damages you requested in your claim:
        _____14,540,000 dollars_____

    4.  If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

        I.   Date of the written acknowledgment: __12/11/2019__
        ii.  Claim Number assigned to your claim: __trt-mxr-2020- 01789__

C.  If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?    □ Yes        □ No    **N/A**

D.    If your answer is "YES," answer the questions below:

1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

N/A

2.    Identify the type of written claim(s) you filed: _____ N/A _____

3.    Date your claim(s) were filed: _____ N/A _____

4.    Amount of monetary damages you requested in your claim(s):

N/A

5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

I.    Date of the written Acknowledgment: _____ N/A _____

ii.    Claim Number assigned to your claim: _____ N/A _____

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
☒ Yes        ☐ No

1.    If you answered "YES," state the:

I.    Date you requested reconsideration: _____ 5/24/2020 _____

ii.    Date the agency acknowledged receipt of your request for reconsideration: _____ 5/26/2020 _____

**Attachment A**

## VI.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)***

CLAIM 1:   The defendants negligently allowed the plaintiff's cellmate to house his mattress on the prison cell floor which caused the plaintiff to fall and injure himself. .Plaintiff had asked on many occaisions to no avail that the floored mattress be removed.

Supporting Facts:     1) Triage nurse  evaluated the plaintiff 12/18/2018 for injuries related to the plaintiff tripping over the mattress.(2)Officer Jones admits the mattress was  floored at the time of  the fall accident 12/17/2018 (3)Several affadavits that corroborate the cellmate's mattress was floored. (4) Lieutenants rounded each shift and saw that the mattress was floored.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
Lieutenant Montgomery- Bureau of Prisons,Lieutenant Meyers- Bureau of Prisons Lieutenant Guy-Bureau of Prisons,Special Housing Unit Officer Jones - Bureau of Prisons

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes         ☐  No

If your answer is "YES," please explain: _____
The individuals were acting within the scope of their official duties as governmental employees.

CLAIM 2:    N I A

**Attachment A**

Supporting Facts: ___N|A_____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____N|A_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☐ No

If your answer is "YES," please explain: ___N|A_____

_____

_____

_____

CLAIM 3: ___N|A_____

_____

_____

Supporting Facts: _____N|A_____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____N|A_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☐ No    N|A

**Attachment A**

If your answer is "YES," please explain: ___N |A_____

_____

_____

_____

CLAIM 4: ____N|A_____

_____

Supporting Facts: ____N|A_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
____N|A_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☐ Yes     ☐ No     N|A

If your answer is "YES," please explain: ___N|A_____

_____

_____

_____

_____

CLAIM 5: ____N\A_____

_____

Supporting Facts: ____N(A_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

N/A

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☐ No

If your answer is "YES," please explain: _____

N/A

## VII.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages.  I have the injuries of irreversible brain damage, cognitive memory dysfunction, seizure disorder post-traumatic stress disorder and shoulder dysfunction. Because of my injuries I can no longer work as a physician or college professor and loss of cosortium.

## VIII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*
A judge to determine compensatory damages for future loss of wages, pain and suffering, future medical expenses, future long term care and loss of cosortium.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Pittsburgh, PA_____on ____12/3/2020_____.
          (Location)                                   (Date)

_____
Your Signature